IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-219-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| KENNAN CONYERS-PRICE, | ) | |
| Defendant. | ) | |

At the direction of the court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable Louise Wood Flanagan, United States District Judge, for all further proceedings. United States District Judge Terrence W. Boyle is no longer assigned to the case. **All future documents shall reflect the revised case number of 5:09-CR-219-1FL.**

SO ORDERED. This the 21st day of June, 2016.

_____
Julie Richards Johnston
Clerk of Court